

TAL E. DICKSTEIN
Senior Counsel

345 Park Avenue
New York, NY 10154

Direct 212.407.4963
Main 212.407.4000
Fax 212.407.4990
tdickstein@loeb.com

September 24, 2014

Clerk of the Court
United States Court of Appeals
   for the Second Circuit
Thurgood Marshall U.S. Court House
40 Foley Square
New York, NY 10007

Re:   Baiul v. William Morris Agency, LLC, et al., Court of Appeals Docket No. 14-1837

Dear Madam:

We represent Defendants/Appellees 1898 Holdings, LLC (f/k/a William Morris Agency, LLC), William Morris Endeavor Entertainment, LLC, Sheldon Shultz, Michael Carlisle, James Griffin, Alan Dworkin, Richard Hersh (the "WMEE Defendants"), Wallin Simon & Black, Patricia Black and Alan Suskind (the "Accounting Defendants") in the above-referenced appeal.

We write, pursuant to Local Rule 31.2(a)(1)(B), to request that the Court designate December 12, 2014 as the deadline for the WMEE Defendants and the Accounting Defendants to file their brief. This requested deadline is 91 days after September 12, 2014, the date on which Plaintiff/Appellant, Oksana Baiul, filed her opening brief.

We respectfully request that the Court "So Order" this request.

Respectfully submitted,

Tal E. Dickstein
Senior Counsel

cc:   *All counsel of record* (via ECF)

NY1300073.1