

**Joseph J. Vitale, Partner**
Tel:   212.356.0238
Fax:  646.473.8238
Cell:   917.514.9478
jvitale@cwsny.com
www.cwsny.com

330 West 42nd Street • New York, NY 10036-6979

September 29, 2014

Clerk of the Court
United States Court of Appeals
for the Second Circuit
500 Pearl Street, 3rd Floor
New York, New York 10007

      Re:    <u>Baiul v. William Morris Agency, LLC, Docket No. 14-1837cv</u>

Dear Sir or Madam:

      At your request made this same date, I am filing this statement regarding Screen Actors Guild-American Federation of Television and Radio Artists ("SAG-AFTRA") and the instant appeal.

      Baiul's Notice of Appeal dated June 2, 2014 was docketed on June 3, 2014.

      The undersigned counsel filed a notice of appearance on behalf of SAG-AFTRA on June 13, 2014, one day before Baiul filed her Pre-Argument Statement (Form C) on June 14, 2014.

      In Appendix A to her Pre-Argument Statement, Baiul stated that her appeal of the lower court's judgment was against only some, not all, of the defendants. Baiul did *not* include SAG-AFTRA as one of the defendants subject to the instant appeal. On June 16, 2014, counsel for Baiul confirmed in an email to the undersigned that Baiul was not appealing the lower court's dismissal of the sole claim against SAG-AFTRA.

      Accordingly, SAG-AFTRA will not participate in this appeal. SAG-AFTRA will neither file a brief nor participate in oral argument. Thank you.

                                      Respectfully submitted,

                                      *Joseph J. Vitale*

                                      Joseph J. Vitale

JJV:vlf
cc:     Counsel of Record (by e-filing)

00346091.1